IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CORY MCNELEY )
)
v. ) NO. 3-15-0503
) JUDGE CAMPBELL
DOLLAR GENERAL CORP. )

ORDER

The parties have filed a Joint Stipulation of Dismissal (Docket No. 26). Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for November 28, 2016, and the jury trial set for December 6, 2016, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE