IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CORY MCNELEY | ) | |
| | ) | |
| v. | ) | NO. 3:15-0503 |
| | ) | JUDGE CAMPBELL |
| DOLLAR GENERAL CORP. | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/20/2016 as to the order entered 6/20/2016 at DE#27.

KEITH THROCKMORTON, CLERK
s/Dalaina Thompson, Deputy Clerk